John J. Talton, Chapter 13 Trustee  Check No. 834187
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-60073 | 999-0 | PAMELA BEACH<br>Original Check written to:<br>PAMELA BEACH<br>25901 CR 2409<br>KEMP, TX  75143 | | 0.00 | 1.00 | 0.00 | 1.00 |
| 06-60201 | 010-0 | BOBBY N HILL<br>Original Check written to:<br>AAMES HOME LOAN<br>350 S GRAND AVE 47TH FLOOR<br>LOS ANGELES, CA  90071 | xxxxxxxxxxxxxxxxxx7221 | 0.00 | 699.98 | 100.51 | 800.49 |
| 06-60201 | 124-0 | BOBBY N HILL<br>Original Check written to:<br>BENTON ANIMAL HOSPITAL<br>C/O HAS<br>859 CORNER STREET, SUITE 200<br>NOBLESVILLE, IN  46060- | HILL | 363.94 | 148.26 | 0.00 | 148.26 |
| 07-60910 | 031-0 | WANDA F ROSS<br>Original Check written to:<br>THRIFTY LOANS<br>2023 S. HIGH<br>LONGVIEW, TX  75602- | 9767 | 574.04 | 18.95 | 0.00 | 18.95 |
| 08-20027 | 031-0 | ALONZO LEWIS SMITH<br>Original Check written to:<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO  63195-3185 | 5386 | 305.76 | 244.73 | 0.00 | 244.73 |
| 09-20177 | 052-0 | DAVID MICHAEL MIZELL<br>Original Check written to:<br>MIDLAND CREDIT<br>8875 AERO DR, STE 200<br>SAN DIEGO, CA  92193- | xxxxxxx9835 | 0.00 | 715.78 | 0.00 | 715.78 |
| 09-20325 | 015-0 | JOHN A. DAVIS<br>Original Check written to:<br>UAMS<br>BOX 3920<br>LITTLE ROCK, AR  72203- | 3707 | 0.00 | 342.98 | 38.82 | 381.80 |